1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                  SOUTHERN DISTRICT OF CALIFORNIA
10
11   A.S. URMANCHEEV,                           Case No.:  22cv0762-CAB (MSB)
     INMATE #A075117610,
12
                                 Plaintiff,     **ORDER OF DISMISSAL**
13
14              vs.
     IMMIGRATION AND CUSTOMS
15   ENFORCEMENT HEALTH SERVICES
16   CORPORATION, et al.,
17                               Defendants.
18

19        On May 25, 2022, Plaintiff A.S. Urmancheev, a person detained at the Otay Mesa

20   Detention Facility at the time but since released from custody, proceeding pro se, filed a

21   civil rights Complaint along with a motion to proceed in forma pauperis.  (ECF Nos. 1-2.)

22   On June 16, 2022, the Court granted Plaintiff leave to proceed in forma pauperis and

23   dismissed the Complaint with leave to amend for failure to state a claim.  (ECF No. 3.)

24        Following an enlargement of time, Plaintiff filed a First Amended Complaint on

25   October 6, 2022, which the Court dismissed for failure to state a claim on December 8,

26   2022.  (ECF Nos. 8, 10.)  Plaintiff was instructed that if he wished to proceed with this

27   action a Second Amended Complaint ("SAC") was due on or before January 23, 2023.

28   (ECF No. 8 at 10.)

On January 20, 2023, Plaintiff filed a motion for a 60-day extension of time to file the SAC.  (ECF No. 11.)  On January 23, 2023, the motion was granted and Plaintiff was given until March 24, 2023 to file a SAC.  (ECF No. 12.) To date, no SAC has been filed.

Accordingly, this case is **HEREBY DISMISSED** in its entirety.  The Clerk of Court shall **CLOSE** the case.

**IT IS SO ORDERED.**

Dated:  March 28, 2023

_____

Hon. Cathy Ann Bencivengo
United States District Judge